No. 871. SHELLMAR PRODUCTS CO. v. ALLEN-QUALLEY Co. ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Comfort S. Butler* for petitioner. *Messrs. Louis Quarles, George I. Haight,* and *M. K. Hobbs* for respondents.

No. 872. DEERING v. NATIONAL MORTGAGE CORP. ET AL. May 17, 1937. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. James R. Deering* for petitioner. *Mr. Samuel Kaufman* for respondents.

No. 877. SHALER COMPANY v. SPEAKER ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George I. Haight* for petitioner. *Mr. George L. Wilkinson* for respondents.

No. 880. UNITED STATES v. LEE. May 17, 1937. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Reed* for the United States. *Messrs. George A. King, Herman J. Galloway,* and *John W. Gaskins* for respondent.

No. 882. BEVAN v. NEW YORK, C. & ST. L. R. Co. May 17, 1937. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. M. L. Bernsteen* for petitioner. *Mr. Walter T. Kinder* for respondent.